This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CARMEN ARIAS,**

    Plaintiff-Appellant,

v.                                   **NO. 30,622**

**PHOENIX INDEMNITY INSURANCE COMPANY,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Ted Baca, District Judge**

Carter & Valle Law Firm, P.C.
Richard J. Valle
Carroll D. Carter, III
Albuquerque, NM

for Appellant

The Law Office of Bruce S. McDonald
Bruce S. McDonald
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED**.

**IT IS SO ORDERED.**

 

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

**JONATHAN B. SUTIN, Judge**

**ROBERT E. ROBLES, Judge**